IN THE UNITED STATES DISTRICT COURT OF MARYLAND

| | |
|---|---|
| **TERRY LEE NICKENS** | * |
| | * |
| **Plaintiff** | * |
| v | * |
| | *    CASE NO.:  1:13-cv-01430-RDB |
| **SECU**, *et al* | * |
| | * |
| **Defendants.** | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## SUPPLEMENT CORRECTING MEMORANDUM OF LAW AND EXHIBITS

Plaintiff re-attaches her Memorandum and Exhibits in support of her Response to Defendant's Motion for Summary Judgment, correcting the references to exhibits.

Respectfully Submitted,

THE LAW OFFICES OF KIM PARKER, P.A.

/s/ Kim Parker
_____
Kim Parker, Esquire
Federal Bar No.: 23894
2123 Maryland Avenue
Baltimore, Maryland 21218
(410) 234-2621, Office
(410) 234-2612, Facsimile
Email: kp@kimparkerlaw.com

THE LAW OFFICES OF RAQUEL S. WHITE, LLC

/s/ Raquel S. White
_____
Raquel S. White, Esquire
Federal Bar No.: 16306
1300 Mercantile Lane
Suite 139
Upper Marlboro, MD 20774
(301) 513-0599, Office
(866) 801-5539, Facsimile
Email: raquel@rswhite.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July 2015, the foregoing Supplemental was served on the Defendants' aforementioned Counsel by electronic means and through the Court's ECF Noticing system to:

Leslie Stellman, Esquire
Lisa Y Settles, Esquire
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Rd Ste 400
Towson, MD 21204
Counsel for Defendants'

/s/ Kim Parker
_____
Kim Parker, Esq.
Raquel White , Esq.